1  GINA GILBERT WINSPEAR, ESQ.
   Nevada Bar No. 005552
2  gwinspear@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
3  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada  89129
4  Telephone:     (702) 839-1100
   Facsimile:      (702) 839-1113
5  **Attorney for Defendant**
   **PROGESSIVE  COMMERCIAL  ADVANTAGE**
6  **AGENCY, INC.**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TIN V. NGUYEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE COMMERCIAL ADVANTAGE AGENCY, INC., and LYFT, INC., a California Corporation, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.:  2:22-cv-00741-CDS-EJY<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY DEFENDANT AND CHANGE CAPTION** |

   Plaintiff Tim V. Nguyen ("Nguyen"), by and through counsel Kevin M. Hanratty, Esq., Defendant Lyft, Inc. ("Lyft"), by and through its counsel Louis E. Garfinkel, Esq. and Jon Carlston, Esq., and current Defendant Progressive Commercial Advantage Agency, Inc. ("Progressive"), by and through its counsel Gina Gilbert Winspear, Esq., hereby stipulate and agree to substitute Defendant United Financial Casualty Company ("United Financial") in place of Defendant Progressive.

   United Financial represents that it's Commercial Auto Insurance Coverage, Policy Number 06253398-0, was in effect at the time of the June 10, 2020 accident at issue in Plaintiff's Complaint and as such United Financial agrees that it should be the named party defendant.

   Pursuant to Federal Rule of Civil Procedure 15, Nguyen, Lyft, Progressive, and United Financial stipulate and agree that (1) the Complaint in this action shall be deemed amended to change the name of the party defendant from Progressive Commercial Advantage Agency, Inc.

to United Financial Casualty Company; (2) the Answer in this matter shall be deemed to be the answer on behalf United Financial Casualty Company, and amended to change the name of the party defendant to United Financial Casualty Company; and (3) the caption in this matter shall be changed to remove Progressive Commercial Advantage Agency, Inc. as a party defendant and to substitute United Financial Casualty Company, so that it reads "Tin V. Nguyen, Plaintiff v. United Financial Casualty Company and Lyft, Inc., Defendants".

Dated this 20th day of May, 2022.

**DENNETT WINSPEAR, LLP**

By   /s/ Gina Gilbert Winspear
GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorney for Defendant*
*PROGESSIVE COMMERCIAL ADVANTAGE AGENCY, INC.*

Dated this 20th day of May, 2022.

**HANRATTY LAW GROUP**

By   /s/ Kevin M. Hanratty
KEVIN M. HANRATTY, ESQ.
Nevada Bar No. 007734
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Telephone: (702) 821-1379
Facsimile: (702) 870-1846
*Attorney for Plaintiff*
*TIN V. NGUYEN*

Dated this 20th day of May, 2022.

**REISMAN SOROKAC**

By   Louis E. Garfinkel
LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 003416
JON CARLSTON, ESQ.
Nevada Bar No. 010869
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
*Attorneys for Defendant*
*LYFT, INC.*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  May 20, 2022**

2